# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ANTHONY M. KING                                  Case Number: 07-72173
        414 HILTON AVENUE          SSN-xxx-xx-5710
        ROCKFORD, IL  61107

                                                Case filed on:        9/12/2007
                                                Plan Confirmed on:
                          U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,077.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 1,553.60 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 1,553.60 | 0.00 |
| 004 | WILSHIRE CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BECKY MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANTHONY M. KING | 0.00 | 0.00 | 415.40 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 415.40 | 0.00 |
| 001 | ROCK RIVER WATER RECLAMATION | 199.00 | 199.00 | 0.00 | 0.00 |
| 002 | ROCKFORD WATER DEPARTMENT | 620.00 | 620.00 | 0.00 | 0.00 |
| 003 | WILSHIRE CREDIT CORPORATION | 22,182.07 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 23,001.07 | 819.00 | 0.00 | 0.00 |
| 007 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASPIRE VISA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 1,320.51 | 1,320.51 | 0.00 | 0.00 |
| 010 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | EILEEN STEPHENS, EDD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ELITE MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FORD MOTOR CREDIT CORP | 15,194.67 | 15,194.67 | 0.00 | 0.00 |
| 018 | HARTSOUBH DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PATHWAYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RECOVERY MANAGEMENT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD HEALTH PHYSICIANS | 125.00 | 125.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SPRINT | 118.09 | 118.09 | 0.00 | 0.00 |
|  | Total Unsecured | 16,758.27 | 16,758.27 | 0.00 | 0.00 |
|  | Grand Total: | 41,759.34 | 19,577.27 | 1,969.00 | 0.00 |

Total Paid Claimant:      $1,969.00
Trustee Allowance:        $108.00            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00            discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

        Report Dated:

                                                     /s/ Lydia S. Meyer
                                                     Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                    By  /s/Heather M. Fagan